# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 10-CV-4186 (SRN/FLN)

| | |
|---|---|
| Cathleen Poechmann and others in similar situations,<br><br>Plaintiff,<br><br>v.<br><br>Alerus Financial, National Association,<br><br>Defendant. | **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The above-named parties, by and through their attorneys of record, pursuant to Federal Rule of Civil Procedure 23, respectfully move this Court for an Order granting preliminary approval of a class action settlement of all claims, and entry of a final judgment, in accordance with the terms that will be set forth more fully in the Stipulation of Settlement.

Dated this 2nd day of May, 2011.

**ATTORNEYS FOR PLAINTIFF**

By: s/Thomas J. Lyons
**LYONS LAW FIRM, P.A.**
Thomas J. Lyons, Sr., Esq.
Attorney I.D. # 65699
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 770-5830
tlyons@lyonslawfirm.com

**THE CONSUMER ADVOCACY CENTER, P.C.**
Lance Raphael, Esq.
180 West Washington, Suite 700
Chicago, IL 60602
Telephone: (312) 782-5808
Facsimile: (312) 377-9930
lance@caclawyers.com