# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 10-CV-4186 (SRN/FLN)

| | |
|---|---|
| Cathleen Poechmann on behalf of herself and all others in similar situations,<br><br>     Plaintiff,<br><br>v.<br><br>Alerus Financial, National Association,<br><br>     Defendant. | **UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND THE PLAINTIFF'S REPRESENTATIVE AWARD** |

  The above-named parties, by and through their attorneys of record, pursuant to Federal Rule of Civil Procedure 23, respectfully move this Court for an Order granting final approval of a class action settlement of all claims, entry of a final judgment, and Plaintiff's class representative award in the total amount of $2,000.00, in accordance with the terms set forth in the Stipulation and Settlement Agreement.

                Respectfully submitted,

Dated:  September 23, 2011     By: s/Thomas J. Lyons
                      Thomas J. Lyons, Sr., Esq.
                      Attorney I.D. # 65699
                      **LYONS LAW FIRM, P.A.**
                      **CONSUMER JUSTICE CENTER, P.A.**
                      367 Commerce Court
                      Vadnais Heights, MN 55127
                      Telephone: (651) 770-9707
                      Facsimile: (651) 770-5830
                      tlyons@lyonslawfirm.com

**THE CONSUMER ADVOCACY CENTER, P.C.**
Lance Raphael, Esq.
180 West Washington, Suite 700
Chicago, IL 60602
Telephone: (312) 782-5808
Facsimile: (312) 377-9930
lance@caclawyers.com

**ATTORNEYS FOR PLAINTIFF AND THE CLASS**